IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRAD FREEMAN**                                                                                        **PLAINTIFF**

**v.**                            **Case No. 3:23-cv-00259 KGB**

**PLEASANT PLAINS, ARKANSAS**                                        **DEFENDANT**

## ORDER

Before the Court is defendant Pleasant Plains, Arkansas's ("Pleasant Plains") motion to substitute counsel of record for defendant (Dkt. No. 10). M. Keith Wren requests that he be substituted as counsel for defendant Pleasant Plains in this matter (*Id.*, ¶ 2), and that Ms. Sarah Cowan, currently the counsel of record for defendant (*Id.*, ¶ 1), be terminated as counsel of record for defendant (*Id.*, ¶ 2). For good cause shown, the Court grants the motion and substitutes Mr. Wren as counsel of record for Pleasant Plains in this case.

It is so ordered this 4th day of October, 2024.

*[signature: Kristine G. Baker]*

Kristine G. Baker
Chief United States District Judge