IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRAD FREEMAN                                                PLAINTIFF

v.                       Case No. 3:23-cv-00259 KGB

PLEASANT PLAINS, ARKANSAS                        DEFENDANT

**ORDER**

Before the Court is a Motion For Continuance And Resetting Of Deadlines filed by defendant Pleasant Plains, Arkansas ("Pleasant Plains"), by and through its attorney M. Keith Wren (Dkt. No. 11).  Counsel for defendant notes that the motions deadline in this matter is currently set for October 11, 2024, and that a bench trial is set for the week of November 25, 2024 (*Id.*, ¶ 1).  Counsel for defendant represents that, because he is newly appointed to this matter and needs time to familiarize himself with the case, he will not be able to draft a dispositive motion on or before the October 11, 2024, motions deadline (*Id.*, ¶¶ 3–4).  Counsel for defendant therefore requests a continuance of the trial and that the Court reset all deadlines by 120 days (*Id.*, ¶ 5).  Counsel for defendant represents that he has conferred with plaintiff's counsel and that plaintiff's counsel does not object to the granting of this motion (*Id.*, ¶ 6).  For good cause shown, the Court grants the motion to continue, suspends all unexpired pretrial deadlines in the Court's Final Scheduling Order (Dkt. No. 8), and removes this case from the November 25, 2024, trial calendar. Amended pretrial deadlines and a new trial date shall be set by separate Order.

It is so ordered this 4th day of October, 2024.

*[signature: Kristine G. Baker]*

Kristine G. Baker
Chief United States District Judge